## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 01-60182** |
| **GLOBE BUILDING MATERIALS, INC.** | ) | |
| Debtor. | ) | **Chapter 7 Bankruptcy** |
| | ) | |
| TIN:    36-3617389 | ) | |

## NOTICE OF OBJECTION TO CLAIM

TO:    Daniel E. Rosio
N5706 Chillie Rd.
Deerbrook, WI  54424

The Trustee has filed an objection to your claim in the above-captioned bankruptcy case.  A copy of the objection accompanies this notice.

**As a result of the objection, <u>your claim may be reduced, modified or eliminated.</u>  You should read these papers carefully and discuss them with your attorney.**

If you do not want the Court to eliminate or change your claim, then by **January 8, 2011** you or your attorney must:

1.  File with the Court a written response to the Objection, explaining your position, at:

Clerk, U.S. Bankruptcy Court
5400 Federal Building, Suite 2200
Hammond, IN   46320

2.  You must also mail a copy of your response to:

Gordon E. Gouveia, Esq.                     Office of the U.S. Trustee
GORDON E. GOUVEIA, LLC                 555 One Michiana Square
433 W. 84th Drive                              100 E. Wayne Street
Merrillville, IN  46410                         South Bend, IN   46601

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: December 9, 2010

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA, TRUSTEE
433 W. 84th DRIVE
MERRILLVILLE, IN  46410
Telephone: (219) 736-6020
Atty. I.D. #7235-45

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on the 9th day of December , 2010 a true and complete copy of the _Notice of Objection to Claim and Objection to Claim_ was made upon the following parties in interest, by electronic filing on the Notice of Electronic Filing or by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed thereto.

OFFICE OF THE U.S. TRUSTEE, 555 ONE MICHIANA SQUARE, 100 EAST WAYNE STREET, SOUTH BEND, IN 46601
PETER J. ROBERTS, SHAW GUSSIS FISHMAN, ETAL, 321 N. CLARK STREET, SUITE 800, CHICAGO, IL  60610
DANIEL E. ROSIO, N5706 CHILLIE RD, DEERBROOK, WI  54424

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA, TRUSTEE